UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES C. GOSTOMSKI,** | : | Civil No. 1:21-CV-597 |
| **Plaintiff** | : | |
| v. | : | |
| **KILOLO KIJAKAZI,** | : | **(Magistrate Judge Carlson)** |
| Acting Commissioner of Social Security[1], | : | |
| **Defendant** | : | |

# **ORDER**

Accordingly, for the reasons set forth in the accompanying Memorandum opinion, IT IS ORDERED that the plaintiff's request for a new administrative hearing is GRANTED, the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g) Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

So ordered this 30th day of August 2022.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge